BARNES, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Francis G. Barnes, as administratrix, etc., against the city of Buffalo and the Crosstown Street Railway Company of Buffalo. No opinion. Motion of defendant railway company for leave to appeal to Court of Appeals granted.

BARNES, Respondent, v. TOLKAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Daniel V. Barnes against Nathan Tolkan. No opinion. Judgment of the Municipal Court affirmed, with costs.

BARNES, Respondent, v. TOLKEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Daniel V. Barnes against Nathan Tolken. No opinion. Motion denied, with $10 costs.

BARNES, Respondent, v. WILBUR et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Edwin H. Barnes against Sanford A. Wilbur and another. No opinion. Judgment affirmed, with costs.

BARON v. NATIONAL SURETY CO. In re MOSES. (Supreme Court, Appellate Term. December 24, 1908.) Appeal from City Court of New York, Special Term. Action by Bernhard Baron against the National Surety Company. From orders denying his motion to be made a party defendant, Darius V. Moses appeals. Affirmed. Darius V. Moses, in pro. per. Kendall & Herzog, for respondent Baron. William J. Bolger, for respondent National Surety Co.

PER CURIAM. Orders affirmed, on the authority of Bauer v. Dewey, 166 N. Y. 402, 60 N. E. 30. The decision in Feinburg v. American Surety Co., 33 Misc. Rep. 458, 67 N. Y. Supp. 868, has since been overruled by the case last cited. Orders affirmed, with $10 costs and disbursements.

BAUMAN, Respondent, v. TANNENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Adolph Bauman against Lippman Tannenbaum. F. Bien, for appellant. C. L. Hoffman, for respondent. No opinion. Judgment affirmed, with costs, on 125 App. Div. 770, 110 N. Y. Supp. 108. Order filed.

BEAUDET et al., Appellants, v. JACOB, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Eliza J. Beaudet and another against Emma L. Jacob, impleaded with others. G. W. Minor, for appellants. A. S. Hamlin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BECK, Respondent, v. MALLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Frank J. V. Beck against Osias Maller. No opinion. Motion denied, without costs.

BECKER, Appellant, v. UNION RY. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Frank H. Becker against the Union Railway Company of New York. T. J. Bannon, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.